# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5118**  **September Term, 2024**

1:24-mc-00143-RC

**Filed On: July 30, 2025** [2127942]

In re: Subpoena Issued to Federal Bureau
of Investigation,

------------------------------

United States Department of Justice and
Federal Bureau of Investigation,

      Appellees

   v.

Kavon Young,

      Appellant

## M A N D A T E

   In accordance with the order of July 30, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                    BY:   /s/
                              Selena R. Gancasz
                              Deputy Clerk

Link to the order filed July 30, 2025